THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEAL WADE FIFI, SR., | CASE NO. C21-0380-JCC |
| Plaintiff, | ORDER |
| v. | |
| AMY FIELDS, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. On March 24, 2021, having reviewed Plaintiff's *in forma pauperis complaint* pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court found that Plaintiff failed to state a claim upon which relief could be granted. (*See* Dkt. No. 6.) The Court ordered Plaintiff to file an amended complaint curing the identified deficiencies within 21 days of the date the Court's order was issued. (*Id.* at 2.) That deadline has passed, and Plaintiff has not filed an amended complaint.[1] Accordingly, the Court DISMISSES Plaintiff's complaint and this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and DISMISSES Plaintiff's motion for appointment of counsel as moot. The Clerk is DIRECTED to close this case.

//

---

[1] Plaintiff filed six pages of exhibits (Dkt. No. 8), but these documents do not constitute an amended complaint. Even if the Court were to construe this submission as an amended complaint, it fails to cure the identified deficiencies and satisfy federal pleading standards.

ORDER
C21-0380-JCC
PAGE - 1

1      DATED this 5th day of May 2021.

                                          John C. Coughenour
                                          UNITED STATES DISTRICT JUDGE